IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
CARDINAL HEALTH 414, INC.,        )
                                  )
            Plaintiff,            )
                                  )
       v.                         )   1:06CV00570
                                  )
SCHWARZ PROPERTIES, LLC,          )
JEFFREY SCHWARZ, and              )
ACTION AUCTIONS, INC.,            )
                                  )
            Defendants.           )
```

**O R D E R**

On January 4, 2007, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that Defendants' motions to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1) for an insufficient amount in controversy (docket nos. 11 and 13) be, and the same hereby are, denied.

This the day of February 12, 2007

                                        /s/ N. Carlton Tilley, Jr.
                                        United States District Judge